FILED

APR - 5 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>VS.<br><br>ENRIQUE GONZALEZ,<br><br>Defendant. | **SA19CR0249 MJ-RBF**<br><br>**INFORMATION**<br><br>[Vio: 49 U.S.C. § 46506(2), assimilating D.C.Code § 22-1312: Lewd, Indecent, or Obscene Acts within Special Aircraft Jurisdiction of the U.S.] |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 3, 2019, on United Airlines Flight Number 5755 departing from Los Angeles International Airport and arriving at San Antonio International Airport, an aircraft within the special aircraft jurisdiction of the United States, the Defendant,

**ENRIQUE GONZALEZ,**

knowingly, in public, engaged in masturbation, in violation of Title 49, United States Code, Section 46506(2), assimilating D. C. Code § 22-1312.

Respectfully Submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
BETTINA RICHARDSON
Assistant U.S. Attorney