IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

APR - 5 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| UNITED STATES OF AMERICA, | ) CRIMINAL NO: |
|---|---|
| Plaintiff, | ) |
| VS. | ) SA 19 CR 0249 MJ-RBF |
| ENRIQUE GONZALEZ, | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

<u>PROBABLE CAUSE AFFIDAVIT</u>

I, Gregory Pratt, do hereby state and depose as follows:

On February 3, 2019, ENRIQUE GONZALEZ was observed by another passenger to be masturbating on United Airlines Flight Number 5755 from Los Angeles International Airport to San Antonio International Airport. The witness, seated across the aisle from Gonzalez, stated Gonzalez' penis was fully exposed and Gonzalez was rubbing it up and down. According to the witness, the criminal conduct began when the cabin lights were dimmed and continued for approximately 30 minutes, during which, Gonzalez met the witness' eye and continued his conduct. When interviewed by San Antonio Airport Police, Gonzalez' wife admitted she "played with it" during the flight.

_____
Gregory Pratt, SA

Sworn to (affirmed) and subscribed before me this 3rd day of April, 2019, by Special Agent Gregory Pratt who is personally known to me.

\_\_\_\_\_✓\_\_\_\_\_ Personally Known

_____ Produced Identification

ID# and Type of ID _____

[Notary seal: Judith J. Schanno, My Commission Expires 05/03/2020, ID No. 130647111, State of Texas]

_____Judith J. Schanno_____
Signature of Notary Public
Notary Public, State of Texas

Probable Cause found: \_\_\_✓\_\_\_

No Probable Cause found: _____

_____
United States Magistrate Judge

Date: 04/05/2019