UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | Case Number: SA:19-CR-00249(1)-RBF |
| (1) ENRIQUE GONZALEZ | § § | |

## ORDER SETTING SCHEDULE

On this day came on to be considered the above-named and numbered cause and for the purpose of docket management, the following Order is entered:

## PLEA AGREEMENT DEADLINE

Pursuant to Federal Rules of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in United States of America v. Ellis, 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties is **June 5, 2019**.

## BENCH TRIAL

This case is set for **June 12, 2019 at 09:30 AM** in **Courtroom A, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX.**

**SIGNED** this **17th day of May, 2019**.

_____
**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**