# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | 5-19-CR-00249-RBF |
| ENRIQUE GONZALEZ, | § § § | |
| *Defendant.* | § § § | |

## ORDER

This case is set for Final Pretrial Conference and Bench Trial on **June 12, 2019 at 9:30 am**. On or before **June 10, 2019 at noon**, the parties shall file exhibit and witness lists and motions in limine, to the extent not already submitted.

**IT IS SO ORDERED**.

SIGNED this 7th day of June, 2019.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE