UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | CRIMINAL NO.: SA-19-CR-249-RBF |
| ENRIQUE GONZALEZ, | § | |
| Defendant | § | |

**GOVERNMENT'S EXHIBIT LIST**

| Ex. # | Item | Offered | Admitted |
| --- | --- | --- | --- |
| 1 | Photograph – United Express airplane | | |
| 2 | Diagram – Interior Airplane Layout | | |
| 3 | Photograph - Front-to-back Airplane Interior | | |
| 4 | Photograph – Back-to-front Airplane Interior | | |
| 5 | Photograph – Rows 21, 22, 23 and 24 | | |
| 6 | Photograph – Back-to-front Occupied Seats 23B and 22C | | |
| 7 | Photograph – Front-to-back Occupied Seats 23B and 22C | | |
| 8 | Photograph – Occupied Seat 23B | | |
| 9 | Photograph – Occupied Seat 22C | | |
| 10 | Photograph – Occupied Seat 22C – eye contact with 23B | | |

June 10, 2019 (8:25AM)

| Ex. # | Item | Offered | Admitted |
|---|---|---|---|
| **11** | **Video – Officer Twyla Estrada interview of Witness Gladys Gonzalez** | | |
| **12** | **Video – Defendant's Stmnts to Officer Jerry Aves (impeachment)** | | |
| **13** | **Video – Defendant's Stmnts to Officer Jose Ledesma (impeachment)** | | |

June 10, 2019 (8:25AM)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of June, 2019, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the Attorney for the Defendant.

      _____/s/_____
      Bettina J. Richardson
      Assistant U.S. Attorney

June 10, 2019 (8:25AM)