UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CRIMINAL NO.: SA-19-CR-249-RBF** |
| § | |
| § | |
| **ENRIQUE GONZALEZ,** § | |
| § | |
| **Defendant** § | |

## GOVERNMENT'S WITNESS LIST

1. Florencio Villaipando
2. Denise Roraback
3. Gladys L. Gonzalez
4. Joe Ledesma, SA Airport Police Officer #9973
5. Jerry Aves, SA Airport Police Officer #9936
6. Twyla Estrada, SA Airport Police Officer #9989
7. Special Agent Gregory Pratt, Federal Bureau of Investigation

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

_____/s/_____.
Bettina J. Richardson
Assistant United States Attorney
Texas Bar No. 00786196
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7152

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of June, 2019, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the Attorney for the Defendant

BY:   /s/_____
Bettina J. Richardson
Assistant U.S. Attorney