UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | No.SA:19-CR-0249-FB |
| | § | |
| ENRIQUE GONZALEZ | § | |

**DEFENDANT'S LIST OF EXHIBITS**

| EX# | Item | Offered | Admitted |
| --- | --- | --- | --- |
| 1 | Video – Complainant's Stmnts to Officer Jerry Aves (impeachment) | | |

Respectfully submitted,

THE CAVAZOS LAW FIRM, P.C.
22211 IH 10 West, Suite 1206
San Antonio, Texas 78257
210-947-5602
210-579-1007 (FAX)
david@cavazoslawfirm.org

By:*/S/ David Henry Cavazos IV*
  **DAVID H. CAVAZOS IV**
  State Bar No. 24031923
  Attorney for Enrique Gonzalez

**CERTIFICATE OF SERVICE**

This is to certify that on June 10, 2019, a true and correct copy of Defendant Enrique Gonzalez's Motion to Suppress Statements was served by CM/ECF system which sent notification of such filing to all counsel of record in the above numbered style and cause.

*/s/ David H. Cavazos IV*
DAVID H. CAVAZOS IV